**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Patricia A. Coan**

| | |
|---|---|
| **Civil Action No.**  03-cv-02235-PSF-PAC | **FTR - PAC COURTROOM A-501** |
| **Date:**   August 9, 2005 | Deputy Clerk: Ben Van Dyke |
| LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation, | Brian Seth Popp Charles Kohlhaas, president of Lexico Resources International Corporation |
| Plaintiff, | |
| v. | |
| LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation, et al., | J. Lee Gray |
| Defendants. | |

### COURTROOM MINUTES / MINUTE ORDER

**Motions Hearing**

**9:30 a.m.**      **Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED:**  **Defendant Lafayette Life Insurance Company's Motion for Leave to File Second Amended Answer to Complaint and Counterclaim/Third Party Claim in Interpleader (doc. 96) is GRANTED and will be date stamped and filed.**

Discussion regarding the requirement of a corporation being represented by counsel.

**ORDERED:**  **Counsel for Lexico Resources International Corporation will make an entry of appearance by August 19, 2005.**

9:45 a.m.      Mr. Popp presents argument in support of Verified Motion to Reconsider Award of Attorney Fees Against Brian Popp Individually (doc. 94).

**Civil Action No. 03-cv-02235-PSF-PAC**
**Date: August 9, 2005**

| | |
|---|---|
| **ORDERED:** | **The Verified Motion to Reconsider Award of Attorney Fees Against Brian Popp is GRANTED in that it is reconsidered and the fee award is split in half between Brian Popp and Lexico Resources International Corporation and DENIED as to all other relief.** |
| **ORDERED:** | **The discovery cutoff deadline is extended to October 1, 2005.** |
| **ORDERED:** | **The dispositive motions deadline is extended to November 1, 2005.** |
| **ORDERED:** | **Lexico Resources International Corporation's Motion to Reconsider this Order is due by August 29, 2005.** |
| **10:02 a.m.** | **Court in recess.** |

Total time in court:    32 minutes.

Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.