IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-2235-PSF-PAC

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

   Plaintiff,

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, an Indiana corporation,

   Defendant and Third-Party Plaintiff,

v.

LEXICO RESOURCES INTERNATIONAL CORPORATION, Nevada corporation, LIVING BENEFITS FINANCIAL SERVICES, LLC, a Delaware corporation, AGGREGATE RECOVERY, LLC, a Colorado limited liability company, and LEX DOLTON, PAUL BOGHOSIAN, MALCOLM K. BRIGGS, DENNIS C. MURPHY, SONJA M. TRUJILLO, CHARLES KOHLHAAS, and DWAIN IMMEL, individuals,

   Third-Party Defendants.

---

### ORDER RE: ORDER TO SHOW CAUSE

---

THIS MATTER comes before the Court upon the Court's September 27, 2005 Order to Show Cause.

THE COURT, having reviewed Lexico's response to the Order to Show Cause, and being otherwise sufficiently advised in the premises, HEREBY ORDERS: that the Order to Show Cause is discharged. It is further ORDERED that

Not later than November 1, 2005, Lexico must pay attorney fees to Lafayette or explain to the Court in writing why it can not make such payment and why it should not otherwise be held in contempt.

DONE and DATED this 19th day of October, 2005.

BY THE COURT:

s/ Patricia A. Coan
Magistrate Judge Coan

00003651.DOC;1