IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02235-PSF-PAC

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

     Plaintiff(s),

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation, et al.,

     Defendant and Third Party Plaintiff,

v. LEXICO RESOURCES INTERNATIONAL CORPORATION, ET AL.

     Third Party Defendants.
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Unopposed Motion for Leave to Conduct Deposition After Discovery Cutoff [filed November 1, 2005, Doc. No. 170] is **GRANTED** as follows:

     The deposition of Aggregate Recovery, LLC, shall be completed on **November 16, 2005.**

     IT IS **FURTHER ORDERED** that Lexico's Motion for Leave to Conduct Depositions After Discovery Cutoff [filed November 2, 2005, Doc. No. 172] is **GRANTED** as follows:

     Lexico has until on or before **November 21, 2005** to depose Malcolm K. Briggs.

Dated:  November 7, 2005