IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02235-PSF-PAC

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

    Plaintiff(s),

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation, et al.,

    Defendant and Third Party Plaintiff,

v. LEXICO RESOURCES INTERNATIONAL CORPORATION, ET AL.

    Third Party Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Appear at Settlement Conference Via Telephone [filed October 6, 2005; Doc. No.151] is **GRANTED** nunc pro tunc to **October 19, 2005.**

Dated:  November 17, 2005