IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02235-PSF-PAC

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

    Plaintiff,

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation,

    Defendant and Third-Party Plaintiff,

v.

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation;
LIVING BENEFITS FINANCIAL SERVICES, LLC, a Delaware corporation;
AGGREGATE RECOVERY, LLC, a Colorado limited liability company;
LEX DOLTON;
PAUL BOGHOSIAN;
MALCOLM K. BRIGGS;
DENNIS C. MURPHY;
SONJA M. TRUJILLO;
CHARLES KOHLHAAS; and
DWAIN IMMEL, Individuals

    Third-Party Defendants.

---

**ORDER GRANTING JOINT MOTION TO WITHDRAW AND RE-FILE LAFAYETTE'S MOTION FOR SUMMARY JUDGMENT AND TO SET BRIEFING SCHEDULE**

---

This matter comes before the Court upon the Joint Motion to Withdraw and Re-File Lafayette's Motion for Summary Judgment and to Set Briefing Schedule, filed by Plaintiff Lexico Resources International Corporation ("Lexico") and Defendant The Lafayette Life Insurance Company ("Lafayette").

The COURT, having reviewed the joint motion and being otherwise sufficiently advised in the premises, hereby ORDERS that:

* The joint motion is granted;

* Lafayette's motion for summary judgment, filed on December 2, 2005, is withdrawn;

* Lafayette may supplement and re-file its motion for summary judgment on or before January 24, 2006;

* Lexico shall respond to Lafayette's motion for summary judgment on or before March 1, 2006; and

* Lafayette shall file any reply brief on or before March 22, 2006.

DATED: January 11, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge