IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02235-PSF-PAC

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

    Plaintiff,

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation,

    Defendant and Third-Party Plaintiff,

v.

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation;
LIVING BENEFITS FINANCIAL SERVICES, LLC, a Delaware corporation;
AGGREGATE RECOVERY, LLC, a Colorado limited liability company;
LEX DOLTON;
PAUL BOGHOSIAN;
MALCOLM K. BRIGGS;
DENNIS C. MURPHY;
SONJA M. TRUJILLO;
CHARLES KOHLHAAS; and
DWAIN IMMEL, Individuals

    Third-Party Defendants.

---

**ORDER ON MAGISTRATE JUDGE'S RECOMMENDATIONS OF OCTOBER 27, 2005
AND JANUARY 17, 2006**

---

This matter comes before the Court pursuant to the written recommendation of the Magistrate Judge entered on October 27, 2005 (Dkt. # 169) and the oral recommendations made at a hearing held on January 17, 2006 (reflected in Dkt. # 239).

In the written recommendation, the Magistrate Judge recommended entry of default judgment against Third-Party defendants Malcolm Briggs and Dennis Murphy, pursuant to the default entered against them by the Clerk of the Court on August 9, 2005.  Since the entry of default, Third-Party defendants Briggs and Murphy have made no appearance before the Court, nor have they contacted counsel for the third-party plaintiff, nor have they made any effort to defend against the third-party claim.

That claim, filed by Defendant The Lafayette Life Insurance Company ("Lafayette"), seeks a declaration as to the rightful owner and beneficiary of a life insurance policy at issue in this action. In its motion for default judgment, Lafayette requests a judgment against Briggs and Murphy declaring that they have no interest in the subject policy.

In the oral recommendations of January 17, 2006, the Magistrate Judge recommended that the Court dismiss as moot two motions that have been withdrawn by the moving parties.

**CONCLUSION**

For the reasons set forth in the recommendation of the Magistrate Judge, this Court accepts the recommendation (Dkt. # 169) and agrees that default judgment should enter.   The Clerk of the Court is directed to enter a judgment against Third-Party Defendants Malcolm Briggs and Dennis Murphy declaring that the have no right or interest in Lafayette Policy No. 000LL00011862, the policy at issue in this case, or its proceeds.

In addition, to the extent constituting recommendations made by the Magistrate Judge at the hearing held on January 17, 2006, the Court DISMISSES as moot the Motion to Dismiss filed by Third-Party Living Benefits Financial Services (Dkt. # 57) on March 25, 2005, and the Motion for Judgment on the Pleadings (Dkt. # 117), filed by Lafayette on August 24, 2005.

DATED: January 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge