IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02235-PSF-PAC

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

    Plaintiff,

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation,

    Defendant and Third-Party Plaintiff,

v.

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation;
LIVING BENEFITS FINANCIAL SERVICES, LLC, a Delaware corporation;
AGGREGATE RECOVERY, LLC, a Colorado limited liability company;
LEX DOLTON;
PAUL BOGHOSIAN;
SONJA M. TRUJILLO;
CHARLES KOHLHAAS; and
DWAIN IMMEL, Individuals

    Third-Party Defendants.

---

**ORDER SETTING CASE FOR TRIAL**

---

The above-captioned matter has been scheduled for a **five-day trial to the Court** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **June 26, 2006 at 9:00 a.m.**

A Final Trial Preparation Conference is set for **June 14, 2006 at 8:30 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

DATED: February 21, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge