IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02235-PSF-PAC

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

    Plaintiff,

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation,

    Defendant and Third-Party Plaintiff,

v.

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation;
LIVING BENEFITS OWNER TRUST, a Delaware business trust;
AGGREGATE RECOVERY, LLC, a Colorado limited liability company;
LEX DOLTON;
PAUL BOGHOSIAN;
SONJA M. TRUJILLO;
CHARLES KOHLHAAS;
DWAIN IMMEL;
LARRY D. ALEX;
MALCOLM K. BRIGGS;
DENNIS C. MURPHY; and
DIANE SERRA, individuals,

    Third-Party Defendants.

## AMENDED ORDER ON MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THIRD-PARTY CLAIM IN INTERPLEADER

The above-captioned matter comes before the Court on the motion of Third-Party Defendant Living Benefits Owners Trust ("LBOT") seeking Judgment on the Pleadings as to the Third-Party Claim in Interpleader (Dkt. # 248), filed January 27, 2006. The motion is described by LBOT as "partially unopposed," which this Court

understands to mean that no party has actually stated opposition to entry of the requested relief, and that Plaintiff Lexico Resources International Corporation ("Lexico") did not respond to communications from LBOT counsel prior to the filing of the motion.  *See* Motion at 2.  No opposition has been filed to date.  The Court also notes that the joint Pretrial Order filed on February 17, 2006 (Dkt. # 253), states that no responses to the Motion are "anticipated by the Parties."  *Id.* at 10.

LBOT's Motion for Judgment on the Pleadings seeks a declaration from the Court that LBOT is the owner and beneficiary of Lafayette Life Insurance Policy No. 000LL0001862, and that Plaintiff Lexico and Third-Party Defendants Aggregate Recovery, LLC, Lex Dolton, Paul Boghosian, Malcom K. Briggs, Dennis C. Murphy, Sonja M. Trujillo, Charles Kohlhaas, Dwain Immel and Larry D. Alex have no right or interest in Lafayette Life Insurance Policy No. 000LL0001862.  The motion represents that each of these entities or persons, with the exception of Defendants Briggs and Murphy as to whom judgment has already been entered (Dkt. # 244) and Defendant Serra, who has not been served and is not subject to this motion (Motion at 8), have stated on the record that they claim no interest in the policy as either an owner or as a beneficiary, and that counsel for Lexico expressly so represented at the status conference held before Magistrate Judge on February 17, 2006 (*see* Dkt. # 257), although Defendant Aggregate Recovery, LLC apparently claims an interest as a creditor of Lexico (Motion at 5; Dkt. # 218).

Accordingly, having reviewed LBOT's Motion for Judgment on the Pleadings (Dkt. # 248), and the stated positions of the parties, finds that the motion should be

GRANTED and Orders that a declaratory judgment on the pleadings be entered in favor of LBOT, and against Defendants Lexico, Aggregate Recovery, LLC, Lex Dolton, Paul Boghosian, Malcom K. Briggs, Dennis C. Murphy, Sonja M. Trujillo, Charles Kohlhaas, Dwain Immel and Larry D. Alex.

Pursuant to Rule 54(b), F.R.Civ.P., the Court finds that there is no just reason for delay and directs that the Clerk of the Court enter a judgment on the Interpleader action in favor of LBOT declaring that LBOT is the owner and beneficiary of Lafayette Life Insurance Policy No. 000LL0001862, and that Lexico, Aggregate Recovery, LLC, Lex Dolton, Paul Boghosian, Malcom K. Briggs, Dennis C. Murphy, Sonja M. Trujillo, Charles Kohlhaas, Dwain Immel and Larry D. Alex have no right or interest as owners or beneficiaries in Lafayette Life Insurance Policy No. 000LL0001862.

DATED: February 22, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge