IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02235-PSF-PAC

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

    Plaintiff,

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation,

    Defendant and Third-Party Plaintiff,

v.

LIVING BENEFITS OWNER TRUST, a Delaware business trust; and
DIANE SERRA, individuals,

    Third-Party Defendants.

## ORDER

It is hereby ORDERED that the Unopposed Motion and Stipulation (Dkt. # 269) Regarding Aggregate Recovery LLC's Response to Lafayette's Motion to Dismiss Aggregate's Creditor's Bill Complaint is GRANTED.  The Motion to Dismiss Aggregate's Creditor's Bill Complaint (Dkt. # 250) shall be held in suspense pending a ruling on Lafayette's Motion for Summary Judgment (Dkt. # 245) and then, within ten (10) calendar days (extended to the following Monday if the 10th day falls on a Saturday or Sunday) after the Court's ruling on the Motion for Summary Judgment (Dkt. # 245) is electronically served on the parties, Lafayette shall file its amended motion to dismiss under Rule 12(b)(6).  The amended motion shall be electronically served on

Aggregate. Aggregate shall file its response to the amended motion to dismiss within ten (10) calendar days (extended to the following Monday if the 10th day falls on a Saturday or Sunday) after Lafayette serves the amended motion to dismiss. The response to amended motion shall be electronically served on Lafayette. Lafayette may file a reply to the response within three (3) calendar days (extended to the following Monday if the 10th day falls on a Saturday or Sunday) after being served with Aggregate's response.

DATED: March 20, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge