IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02235-PSF-PAC

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

    Plaintiff(s),

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation, et al.,

    Defendant and Third Party Plaintiff,

v. LIVING BENEFITS OWNER TRUST, a Delaware business Trust; and
DIANE SERRA, individual,

    Third Party Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion to Vacate Settlement Conference [filed May 10, 2006; Doc. No. 281] is **GRANTED** as follows:

    The Settlement Conference set for May 22, 2006 is *vacated.*

Dated:  May 12, 2006