IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02235-PSF-PAC

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

    Plaintiff,

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation,

    Defendant and Third-Party Plaintiff,

v.

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation;
LIVING BENEFITS OWNER TRUST, a Delaware business trust; and
AGGREGATE RECOVERY, LLC, a Colorado limited liability company,

    Third-Party Defendants.

---

## ORDER REGARDING SETTLEMENT

---

In light of the parties' Notice of Settlement (Dkt. # 292), filed June 19, 2006, the Court hereby ORDERS that the five-day jury trial set to commence June 26, 2006 is VACATED.  The parties are DIRECTED to file dismissal papers **no later than July 10, 2006.**

    DATED: June 20, 2006

                                BY THE COURT:

                                *s/ Phillip S. Figa*

                                _____
                                Phillip S. Figa
                                United States District Judge