IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02235-PSF-PAC

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

    Plaintiff,

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation,

    Defendant and Third-Party Plaintiff,

v.

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation;
LIVING BENEFITS FINANCIAL SERVICES, LLC, a Delaware corporation;
AGGREGATE RECOVERY, LLC, a Colorado limited liability company;
LEX DOLTON;
PAUL BOGHOSIAN;
SONJA M. TRUJILLO;
CHARLES KOHLHAAS; and
DWAIN IMMEL, Individuals

    Third-Party Defendants.

## ORDER GRANTING MOTION FOR ADDITIONAL TIME TO FILE SETTLEMENT DOCUMENTS

The parties' Stipulated Motion for Extension of Time To Submit Settlement Documents (Dkt. # 294) is GRANTED, and the parties are DIRECTED to file a stipulation or motion for dismissal of this case, and any settlement papers, no later than 3:00 p.m. on July 28, 2006.

It is further ORDERED that if dismissal papers are not filed before the date and time indicated above, counsel for the parties shall appear before the undersigned for a status conference on **July 31, 2006 at 8:00 a.m.**

DATED: July 11, 2006

<div style="margin-left:50%">

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge

</div>