**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Phillip S. Figa**

Civil Action No. 03-cv-02235-PSF-PAC

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

    Plaintiff,

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation,

    Defendant and Third-Party Plaintiff,

v.

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada Corporation;
LIVING BENEFITS OWNER TRUST, a Delaware business trust;
AGGREGATE RECOVERY, LLC, a Colorado limited liability company.

    Third-Party Defendants.
_____

**ORDER**
_____

    The Parties' Stipulated Motion to Temporarily Enjoin Certain State Court Proceedings Under the All Writs Act (Dkt. # 298) in GRANTED on an interim basis.   It is

    ORDERED that a hearing on this motion is set for **Tuesday, August 22, 2006 at 3:00 p.m.**  It is

    FURTHER ORDERED that counsel are directed to notify all affected parties and

their counsel of the August 22, 2006 hearing and this ruling.

DATED: August 15, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge