**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.   03-cv-02235-PSF-PAC** | FTR - PAC COURTROOM A-501 |
| **Date:** October  20,  2006 | Deputy Clerk: Ellen E. Miller |
| LEXICO  RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation, | M. Gabriel McFarland |
| Plaintiff(s), | |
| v. | |
| LAYFAYETTE LIFE INSURANCE COMPANY, an Indiana corporation, | J. Lee Gray |
| Defendant(s)/Third-Party Plaintiff(s), | |
| v. | |
| LEXICO  RESOURCES INTERNATIONAL CORPORATION, LIVING BENEFITS OWNER TRUST, AGGREGATE RECOVERY LLC, | - - - - - -<br>Ted W.  Trauernicht |
| Third-Party Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:    Motions Hearing / Status Conference**
**Court in session:**    11:00   a.m.
Court calls case.    In Magistrate Judge Coan's absence, Magistrate Judge Shaffer is conducting this motions hearing.

Appearance of counsel.  Also present are Luis A. Toro, counsel for  Senn Visciano Kirschenbaum   and Scott Gelman, counsel for Wyco Equities, Inc.   It is noted there was a determination that Living Benefits Owner Trust is  the current owner of the life insurance policy that was in dispute at the beginning of this case.  "LBOT"  will be bound by whatever ultimate judgment is entered and they no longer participate in this action.

Discussion is held regarding a mechanism to be set up that would allow all potential creditors

**Civil Action No.** 03-cv-02235-PSF-PAC
**Date:** October 20, 2006

of Lexico to be notified and involved in potential distribution of the funds.
It appears non-parties were not sent copies of the joint unopposed motion for distribution of funds.

**It is ORDERED:**   JOINT UNOPPOSED MOTION BY SENN VISCIANO KIRSCHENBAUM, P.C. AND AGGREGATE RECOVERY LLC FOR DISBURSEMENT OF FUNDS OUT OF THE COURT REGISTRY (Docket No. **331,** Filed October 13, 2006) is **HELD IN ABEYANCE**.

It is anticipated this motion cannot be ruled upon until a motion for approval of a settlement is ruled upon.

**It is ORDERED:**   JOINT RULE 25(c) MOTION FOR SUBSTITUTION OF PARTIES BY LEXICO RESOURCES INTERNATIONAL CORPORATION AND AGGREGATE RECOVERY LLC (Docket No. **315,** Filed September 19, 2006) is **GRANTED** for the reasons set forth on the record.

Anyone wishing to seek legal determination must file its motion within **ten days** of October 20, 2006. Normal briefing schedule is in place.
Copies of any motion should be served on any known creditor(s).
It is anticipated any interested creditor will file a motion to intervene to bring it formally before the court.

**It is ORDERED:**   SENN VISCIANO KIRSCHENBAUM P.C.'S MOTION TO INTERVENE FOR A LIMITED PURPOSE (Docket No. **306,** Filed September 01, 2006) is **GRANTED** for the reasons set forth on the record.

**It is ORDERED:**   SENN VISCIANO KIRSCHENBAUM P.C.'S MOTION FOR DISBURSEMENT OF FUNDS IN COURT REGISTRY (Docket No.**307,** Filed September 01, 2006) Is **DENIED without prejudice.**

It is noted a "Sheriff's Sale" is currently set October 31, 2006.

11:46 a.m.   COURT GOES OFF THE RECORD TO DISCUSS SETTLEMENT.

**Court in recess:   11:46 a.m.**
Total time in court:   00:46
Hearing Concluded.
To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.