IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02235-PSF-PAC

AGGREGATE RECOVERY LLC, a Colorado limited liability company,
substituted for LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation,

    Plaintiff,

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Indiana corporation,

    Defendant and Third-Party Plaintiff,

v.

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada Corporation;
LIVING BENEFITS OWNER TRUST, a Delaware business trust;
AGGREGATE RECOVERY LLC, a Colorado limited liability company,

    Third-Party Defendants,

v.

SENN VISCIANO KIRSCHENBAUM, P.C., a Colorado professional corporation,

    Intervenor.

## ORDER APPROVING UNOPPOSED JOINT MOTION FOR DISBURSEMENT OF FUNDS FROM COURT REGISTRY

This matter comes before the Court on the Unopposed Joint Motion for Disbursement of Funds Out of the Court Registry (Dkt. # 348), filed December 22, 2006. The motion, filed by Intervenor Senn Visciano Kirschenbaum, P.C. ("Senn"), Defendant Aggregate Recovery LLC ("Aggregate"), and proposed Intervenor WyCo Equities, Inc. ("WyCo"), asserts that it provides for allocation of the amount of $275,000 paid into the

Court Registry by Lafayette Life Insurance Company on August 28, 2006, in settlement of the claims made against it by Plaintiff Lexico Resources International Corporation. The motion further asserts that the entities to whom the allocated disbursement is to be made are "the sole claimants" to the settlement funds (Motion at 2).

The Court notes in connection with a prior proposed stipulation for settlement entered into only between Senn and Aggregate, a notice of that proposed settlement was published in a newspaper of general circulation on November 9, 2006 and November 16, 2006, advising any potential claiming an interest in the property of Lexico to file a claim with this Court (Dkt. # 344).  To date, no other person or entity has asserted a claim in this Court to the property of Lexico or to the funds in the Court Registry by filing a response to this notice.  Accordingly, the Court accepts the representation that no other entity is making a claim to the settlement funds.

**CONCLUSION**

Accordingly, the reference to the Magistrate Judge of WyCo's Motion to Intervene (Dkt. # 337) is hereby withdrawn, and that motion is **GRANTED**.

The Unopposed Joint Motion for Disbursement of Funds Out of the Court Registry (Dkt. # 348) is **GRANTED**.  The Court further orders the Clerk of the Court to disburse the funds being held in the Court Registry as follows:

The sum of $3,410, plus accrued interest thereon, shall be disbursed from the Court Registry to Senn Visciano Kirschenbaum, P.C., less the registry fee assessment;

the sum of $5,000, plus accrued interest thereon, shall be disbursed from the Court Registry to WyCo Equities, Inc., less the registry fee assessment; and

the sum of $266,590, plus accrued interest thereon, shall be disbursed from the Court Registry to Aggregate Recovery LLC., less the registry fee assessment.

The Clerk of Court or other officer of the Court is hereby authorized and directed to make said disbursement.

All other pending motions are DENIED as moot.

The Clerk of the Court is directed to close this case after making the disbursements provided for above.

DATED: January 5, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge