IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02235-PSF-PAC

AGGREGATE RECOVERY LLC, a Colorado limited liability company,
substituted for LEXICO RESOURCES INTERNATIONAL CORPORATION,
a Nevada corporation,

    Plaintiff,

v.

THE LAFAYETTE LIFE INSURANCE COMPANY, a Delaware corporation,

    Defendant and Third-Party Plaintiff,

v.

LEXICO RESOURCES INTERNATIONAL CORPORATION, a Nevada corporation;
LIVING BENEFITS OWNER TRUST, a Delaware business trust; and
AGGREGATE RECOVERY, LLC, a Colorado limited liability company,

    Third-Party Defendants,

v.

SENN VISCIANO KIRSCHENBAUM, P.C., a Colorado professional corporation,

    Intervenor.

## ORDER OF ADMINISTRATIVE CLOSURE

This matter comes before the Court *sua sponte*, following entry of its Order of January 5, 2007 (Dkt. # 350) directing disbursement of settlement funds from the Court Registry, and its Order of Clarification of that Order filed January 16, 2007 (Dkt. # 354).

The Clerk of the Court has made disbursement of the funds from the Court Registry, and the Court has entered its findings that the Settlement Agreement is binding on the parties to it (Dkt. # 354).

Accordingly, no matters remain pending in this case and the Clerk of the Court is DIRECTED TO ADMINISTRATIVELY CLOSE this case.

DATED: January 19, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge